PUEBLO, apldo. *v.* MATTEI, aplte.

CORTE DE DISTRITO DE PONCE

No. 3779.—Sometido: Abril 10, 1929. Resuelto: Abril 23, 1929.

Leopoldo Mattei apeló de una sentencia por infracción del artículo 328 del Código Penal y aparece que el error que intentó señalar (su alegato no cumple con el reglamento), fué en cuanto a la apreciación de prueba, la cual fué contradictoria. Se confirmó la sentencia por no encontrarse justificación en el record de errónea apreciación.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Körber & Co., Inc., aplda., *v.* FERNÁNDEZ DIEZ, aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 4866.—Sometido: Mayo 3, 1929.—Resuelto: Mayo 9, 1929.

Se apela en este caso de una sentencia dictada a favor de la demandante en pleito sobre cobro de pagarés cuyas copias se insertan en la demanda. Opuso el demandado las defensas de existir una cuenta corriente entre las partes y de que la demandante había concedido una prórroga al demandado. Apareciendo de la prueba que los pagarés existen en poder de la demandante y que están vencidos y no apareciendo que se hubiera probado la concesión de la prórroga que alega el demandado, se confirmó la sentencia.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del Tribunal.